FILED
IN CLERK'S OFFICE
U.S. District Court E.D.N.Y.
9/22/2025
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARK JOHNSON,

                *Petitioner,*

v.

UNITED STATES OF AMERICA,

                *Respondent.*

No. 23 Civ. 5600 (NGG)

[PROPOSED] ORDER TO GRANT PETITION, VACATE CRIMINAL JUDGMENT, RETURN CRIMINAL FINE AND SPECIAL ASSESSMENT

---

Nicholas G. Garaufis, United States District Judge:

    WHEREAS on April 26, 2018, this Court entered a criminal Judgment ordering Mark Johnson to pay a fine of $300,000 and a special assessment of $900 following his conviction (*see United States v. Johnson et al.*, No. 16 Cr. 457 (NGG), Dkt. 239);

    WHEREAS on December 16, 2019, the United States Court of Appeals for the Second Circuit affirmed Mr. Johnson's conviction and this Court's criminal Judgment;

    WHEREAS on June 19, 2020, Mr. Johnson filed a Petition for Writ of Certiorari in the Supreme Court, which was denied on November 2, 2020;

    WHEREAS on November 9, 2020, the United States Court of Appeals for the Second Circuit issued a Mandate affirming Mr. Johnson's criminal conviction and this Court's criminal Judgment;

    WHEREAS on August 24, 2021, a Satisfaction of Judgment was entered acknowledging that Mr. Johnson had paid $300,900 to the Clerk of Court, representing the full sum of his fine and special assessment (*see United States v. Johnson et al.*, No. 16 Cr. 457 (NGG), Dkt. 305);

WHEREAS on September 8, 2025, the Court of Appeals issued a Mandate reversing the Court's denial of Mr. Johnson's Petition for a Writ of Error Coram Nobis and remanding the case "for entry of an order granting the Petition." Dkt.16.

IT IS HEREBY ORDERED THAT:

1. Mr. Johnson's Petition for a Writ of Error Coram Nobis is GRANTED and the judgment of conviction against Mr. Johnson (*see United States v. Johnson et al.*, No. 16 Cr. 457 (NGG), Dkt. 239) is VACATED;

2. The Clerk of Court is directed to return $300,900, representing the sum Mr. Johnson paid to the Court in satisfaction of his fine and special assessment, by Electronic Funds Transfer to an interest-bearing, segregated client account designated by Shapiro Arato Bach LLP on Form AO 213P that Shapiro Arato Bach LLP will provide to the Finance/Cashier Department.

**SO ORDERED.**

Date: September 22, 2025
Brooklyn, New York

s/Nicholas G. Garaufis
**Nicholas G. Garaufis**
**United States District Judge**